UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB SILVERMAN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>HUMBOLDT COUNTY CORRECTIONAL FACILITY, et al.,<br><br>　　　　　　Defendants. | Case No. 17-cv-01140-KAW (RMI)<br><br>**REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING** |

A settlement conference was held on April 16, 2019, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

　( X ) Plaintiff, Jacob Silverman, Pro Se

　(  ) Warden or warden's representative

　(  ) Office of the California Attorney General

　( X ) Other: David Norton

(2) The following individuals, parties, and/or representatives did not appear:

────────────────────────────────────────────

(3) The outcome of the proceeding was:

　( X ) The case has been completely settled.

　(  ) The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved. The issues outlined on the sheet attached remain for this Court to resolve.

　(  ) The parties are unable to reach an agreement at this time.

**IT IS SO ORDERED.**

Dated: April 18, 2019

ROBERT M. ILLMAN  
United States Magistrate Judge